United States District Court
Southern District of Texas
ENTERED
MAY 28 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN CISNEROS § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil No. B-96-168 |
| UNITED STATES OF AMERICA § | Crim. No. B-94-181-s1 |
| Respondent. § | |

### ORDER DENYING CERTIFICATE OF APPEALABILITY
### AND GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

This Court dismissed what has been docketed as Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 on the 26th day of March, 1997. This Court denied a Certificate of Appealability on the 18th day of September, 1997 subsequent to a Notice of Appeal filed by the petitioner. The Court of Appeals likewise denied a Certificate of Appealability on the 20th day of February, 1998. This Court then denied Petitioner's Motion for Reconsideration on the 30th day of October, 1998 and the 9th day of December, 1998. Petitioner then filed yet another Notice of Appeal on the 30th day of December, 1998.

Rule 22(b) of the Federal Rules of Appellate Procedure requires that the district judge rule on the issuance of a certificate of appealability upon the filing of a notice of appeal. An applicant cannot take an appeal without a certificate, the standard for which is set forth in 28 U.S.C. §2253. In order to issue the certificate of appealability, the applicant must make a substantial showing of the denial of a constitutional right. It is this Court's opinion that Petitioner has failed to make this showing and therefore his Certificate of Appealability is hereby **DENIED.**

Also before this court is Petitioner's Motion for Leave to Proceed Without Prepayment of Fees. It is the opinion of this court that said motion should be and is hereby **GRANTED**.

**SO ORDERED.**

Signed this 27th day of May, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge